AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ARNOLDO LUGO FUENTES<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   MJ18-204 |

____ FILED         ____ ENTERED
____ LODGED    ____ RECEIVED

MAY 25 2018  — BJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                                    DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   ARNOLDO LUGO FUENTES                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession of Controlled Substances with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Date:   05/03/2018

_Issuing officer's signature_

City and state:   Seattle, Washington

United States Magistrate Judge, Brian A. Tsuchida
_Printed name and title_

### Return

This warrant was received on _(date)_   5/3/18   , and the person was arrested on _(date)_   5/23/18
at _(city and state)_   Seattle, WA

Date:   5/23/18

_Arresting officer's signature_

Geoffrey Provencle, Special Agent
_Printed name and title_